Good morning, Your Honors. May it please the Court. Ina Lipkin on behalf of the petitioner. This is a case in which the immigration judge denied asylum relief on the speculation that this petitioner would not face any risk of harm if he returned to his native Pakistan. The Board of Appeals affirms that a matter of Burbanu. Petitioner asserts that this finding is completely unfounded. The judge found the petitioner was credible. She found he established past persecution by the Taliban. His credible testimony established that the Pakistani government is either unwilling or unable to protect him from any future harm. His credible testimony established the Taliban continues to maintain an interest in him as evidenced by a letter that was sent to the family identifying him for future harm. So given that that testimony was given full weight, his additional testimony that he would suffer harm wherever in Pakistan he might be able to relocate should have been given full weight as well. One of the things the court cited was that the numerous, and there are numerous background documents regarding the conflicts in Pakistan, and the board's view established that he could relocate. But the board really didn't cite the articles that would establish that. They were in Peshawar. They were in other regions. And they weren't occasional as the I.J. had characterized. They were ongoing. Does the court have any questions or should I? If there is disputed evidence before the BIA, isn't the BIA entitled to credit one or the other version of the evidence? Only if it could cite with some credence particular reports in the record that support the government's position. The question is was there disputed evidence. I'm sorry? Was there disputed evidence, in fact? I mean, it appears that there was a great deal of evidence that things were happening all over Pakistan. There was evidence that his friend was killed, not in Peshawar. Yes. No, not in Peshawar. In Swati. Right. I feel, the Petitioner feels that really this is a case of the I.J. and the board cherry-picking under Shrestha, which I'm sure I'm mispronouncing. Certain facts and some reports that the Department of Homeland Security submitted and overlooking a great deal of other evidence that the Petitioner had submitted that would contradict. I'm not even sure that's true. I want to know what they relied on the fact that there was some attempt to clear up this particular area, Swat. But other than that, did they have conflicting evidence? No, Your Honor. The Petitioner's. Did they rely on any conflicting evidence? In our brief, we cite various reports with record page numbers. But generally, there were numerous reports of incidents, bomb blasts, kidnapping and killing throughout the region that neither the I.J. or the board decided to put any weight to. Whereas, this Court has repeatedly said that even a 10 percent chance of a future threat of harm is sufficient to establish a well-founded fear. Certainly, the vast, the ample background documentation, both from the government and the Petitioner, established at least a 10 percent chance. But wasn't there evidence in the record that the Pakistani military was actively engaged in attempts to end the Taliban threats? Couldn't the board rely on that evidence in the record? Well, if that was just one article saying that, I'm sure they'd have, the government would have a great argument to state that. But the record was replete with evidence stating that in some instances, the Pakistani government made pacts with the Taliban in an effort to defuse activities. But even after it was established, I cite this in the brief, that continued harm to civilians was not sufficient. And that's why, in the case of the Taliban, the government didn't take action because it hoped that if the Taliban were to gain more momentum and power, that they could be a uniting force against their common enemy, India. But isn't also the standard is unable or unwilling? So unwilling is, I mean, even if they were willing, the question is, were they able? Well, clearly they were trying, even trying very hard to satisfy the standard. Were they trying so hard that their own population had 2 million displaced refugees in the Swat Valley? How good is that effort of trying? But do we get to make that call? And we have to determine whether or not there's evidence in the record to support the BIA decision, not whether or not we think as an initial matter that the government was able to do it, but whether or not there's evidence in the record that would support the ruling that was made by the BIA. Patricia contends, no, there wasn't, because there was that much more of his own documentary evidence, in addition, as I said, to the DHS evidence, to show that he could not reasonably safely relocate, that there was at least a 10% chance. So if looking at the record as a whole, there was not this conclusive evidence that pointed to a safe place for him to go. There was no conclusive evidence that he could relocate where the Taliban was not active, nor was there any evidence that the government of Pakistan could really protect him should he find some place to relocate to. As he argued in the brief, yes, he was very lucky that one time that the army was able to help him escape when he was kidnapped, but could he rely on that again? And that doesn't demonstrate that they were able, as opposed to willing, because first he was kidnapped and beaten, and after that they rescued him. More to the point, yes, Your Honor. Well, but they were able to rescue him, which is an indication that the Taliban was not able to overcome them. They were able to overcome the Taliban in that one instance. But yet otherwise he would not have been rescued. Where was the army when his uncle was killed? Where was the army when his co-whistleblower, if you will, Jamil, who stood up at the rally and spoke against the Taliban, where were they when he was killed? Well, the fact that there is ongoing conflict does not mean that the army is unable to engage the Taliban successfully. It doesn't have to be able to do it all the time, as long as it's not being overrun or overcome by the Taliban. So that's a call that I don't think we are able to make in light of the evidence. If there's evidence, and that was my original question, if there's evidence that goes both ways in terms of the ability of the government to successfully engage the Taliban, I don't think we get to second guess the decision that was made by the VIA. That's the difficulty I'm having. Well, I would just point, Your Honor, to the record in which numerous background documents suggest that the willingness of the Pakistani government to take action against the Taliban is at most lukewarm. I'm sorry, finish your answer. I think the brief speaks for itself on that particular point. Are we to look at this as a general engagement of the Pakistani government with the Taliban, or are we to look at this as whether the government is able to protect him from the Taliban? And I take your brief to say he's got, there's specific threats against him. And when there's specific threats against someone, the Taliban is successful in hunting them down and killing them wherever they are. Yes, that is the Petitioner's conclusion. And most particularly, they did so with regard to his friend. I'm so sorry, Your Honor. They did that with regard to his friend. Now, is that evidence? I was a little confused about exactly the status of that evidence in the record with regard to Jameel. Do you understand that the credibility finding encompasses that fact, that his friend was, in fact, killed when they said he was killed? Well, the IJ had plenty of opportunity to question that evidence. Or in her decision, question the credulity of that evidence. She did not. She specifically said his testimony was generally credible and persuasive and so forth. This Court has said that if the IJ makes an explicit credibility finding, then that is the way all the testimonies should be looked at. Not that, well, some testimony might be not credible. Some testimony is, you know, I'm going to guess it is. No. It was found credible. BIA found under a matter of Burbano that it would take that testimony, that finding as its own when it made its decision. I think I'd like to save a few minutes, unless you have another question. Again, Your Honors, for the record, my name is Michelle Sarko, again, representing the Attorney General in this matter. Under the regulations, well, first of all, the Board agreed with the immigration judge that there was a finding of past persecution in this case. Under the regulations, a finding of past persecution gives rise to rebuttable presumption that there's a well-founded fear of future persecution. Now, under the regulations, that can be overcome by a showing of either that the government presently is able, is not unable and unwilling to protect the Petitioner's safety in the country, or that he could safely relocate elsewhere within the country. So it's an either-or thing. Under the regulations. Ginsburg. So why don't you address both of those? Yes. Opposing counsel informed us that the government is unable to protect this particular citizen from persecution by the Taliban. Why is she not correct on that? Well, the record shows that there was, at the time when these incidents happened to him, previously there was a sort of a deal, shall we say, between the Pakistani military and the Taliban that if they were, you know, sort of behaved themselves, then they would let them be in parts of Swat Valley. And the record shows this, and I've cited in my brief, that's page 36 of the government's brief. While we're in the record, can we look to support that? The ministry record at pages 319, 320 specifically talks about the government's behavior throughout the Taliban. Military says it has made steady progress against the militants in Swat, surrounding districts, since launching the operation in late April, that would have been 2009. Roads in some towns in the southern parts of the valley have been secured and some... We're not hearing you very well. Sorry. Roads and towns in the southern parts of the valley have been secured, and some, or more than 2 million residents displaced by the fighting will be allowed to return starting late this month, officials said. So there is, and there was a 20,000-member troop force that went in to clear out the Taliban out of the Swat Valley. So there is that and other citations that are in the government's brief. But his basic point is that they were already after him. They had already kidnapped him. And why isn't the fact that he was kidnapped with a friend and that that friend was later killed and that the Taliban on the radio claimed responsibility for that death, why isn't that incredibly strong evidence of his own danger, and that he got a letter telling him to come to some court? I could be mistaken, but I think the claim for the responsibility for the death was as to his brother-in-law. No, no. You are very mistaken. It was as to Jamil, who was the person who was beaten with him and kidnapped with him, and who was the speaker with him.   And that happened right, you know, within a few months or shortly after he left. And I think that's pretty good indication that when they say they're going to get you, they get you? Well, I think that the government's offensive came in after that and cleared out the Taliban from the Swat Valley. But that's sort of an apples and oranges problem. I mean, okay, so maybe this area, people in general weren't in danger, but his position is he was in danger. And he couldn't go somewhere else because if he went somewhere else, they'd still find him. Well, that was his claim, but he didn't prove evidence that that was happening, that the his wife went to Peshawar with the children and nothing happened to them. The father, you know, his father-in-law, who had his son killed, his father-in-law was able to make the speech. His wife didn't get up and make the speech? His father-in-law didn't get up and make the speech? He credited, got up and made the speech against the Taliban. Right. Well, there, although there have been random bombings other places in, and probably possibly killings in other places, there's no showing that someone who, yes, he got up and made a speech, but he wasn't. And was kidnapped and beaten because of it. Right. And was only rescued. I understand. Somewhat fortuitously. And has a letter or sort of a, almost a fatwa against him or something, like show up. And his friend who did it with him was killed, and there was a credit for it on the radio. It's hard to see. I mean, what year was that when the friend was killed? I think it was in 2009. But, you know, we don't have evidence that this was a general Taliban, you know, quest for him, as opposed to the local people in the Swat Valley, the local Taliban going after him. Well, Jamil was killed. We don't know where Jamil was killed. I thought he was killed in Karachi. No, he went to Karachi, but we don't know if that's where that happened. We don't know whether he came back to Swat. It just says that after they were kidnapped, when they were released, he had the military take him to Karachi. Later, there is a declaration by somebody who lived in Swat saying that Jamil had been killed. Well, the declaration is that his friend, Jamil, was killed by the Taliban in Karachi. Does it say in Karachi? I'm sorry? I'm sorry. I missed that. The letter from Parvati says that his friend, Jamil, was killed by the Taliban in Karachi. Okay. Well, again, we don't know the circumstances. You may have assumed it was a Taliban who did it. No, they also said that the – I mean, it would be nice if you knew the record. Okay? If you want to tell me that they didn't believe that there was something that's different. It was also testimony that the Taliban claimed responsibility for his death on the radio. Well, okay. If that's what that's – Does that change your view, then, on whether or not he's likely to face persecution if he returned? It does not. Why not? Again, the government, again, went after – in the Swat Valley went after the Taliban and did an offensive so that 2 million people can come back who were displaced can come back into the Swat Valley and live there. Again, there may be – I know that there are still some people who are in refugee camps within Pakistan. Are those people similarly situated to this petitioner? I don't know. Some may be. Some may not be. I mean, I really – I mean, the burden is on the government here, right? Yes. Okay. With regard both to the unable and willing and the relocation. Relocation. And the relocation. Yes. Both. Okay. So that's a somewhat unusual situation in this general – in the general question of deference. And we have to be able to say that it was – there was substantial evidence – there was evidence – sufficient evidence to meet the government's burden that he wasn't going, in fact, to be persecuted. Right. Well, again, since he has relatives who, you know, immediate relatives. But the immediate relatives didn't do what he did. Right. But his claim, he testified that they go – that the Taliban go after not just the relatives but all their relatives. So if that's the case, then they would be going after their relatives, and they haven't done that. So, you know, they have been able to – the wife is in Peshawar. The father-in-law is somewhere else in Pakistan, safe. And there isn't any evidence that the Taliban have been going after them. He has – prior to living in Swat Valley, he had lived in a number of cities within Pakistan. And so it's not unreasonable to expect that he would be able to relocate elsewhere. Again, the current evidence is that the government is willing to go after the Taliban. It doesn't mean that they – that the Taliban – that they have to be infallible, that the Taliban can't kill anyone within Pakistan. That's not what unable and unwilling means. It means that the government is willing to try, and it has the ability to do so, and it is trying. So, you know, again, I think that there is substantial evidence in the record to support those findings by the board. And again, I would point to page 36 of the government's brief for the citations to the record. I'm sorry. What is page 36? Page 36 of the government's brief has the citations to the record supporting the board's finding with regard to current conditions in Pakistan. Does the Court have any other questions? No. Thank you. Okay. Thank you. Your Honors, as you rightly noted, Respondent – excuse me, Petitioner's family, immediate family members are not similarly situated. I quoted Javi Mukasey. I'm sorry. I'm not hearing you. I didn't hear what you said. I was saying the Court here was correct in stating that the Petitioner's immediate family members were not similarly situated. They did not publicly denounce the Taliban for all to hear and then become direct targets of the Taliban. That they were able thus far to escape any harm is a credit to them, but does not prove the government's case that there is no threat of harm. But the government made the point that the Petitioner stated that the Taliban goes against not only the person who made the statement, but also against the relatives. And the fact that the relatives have not been harmed is an indication that he does not face persecution. And what's your response to that? Page 238 through 239 in the record, he clearly states his wife constantly moves her location with the children. But he could also. If his wife constantly moves her location to avoid the Taliban, then he could also move his location with the rest of the family. If the Taliban did not issue a fatwa against him, maybe. Well, we don't have that in the record. The rule was that the relocation had to be reasonable. That's true. So living and hiding is not. Relocate and has to move all the time. Is that reasonable? I was going to say no, it is not. And that's what I said in the brief. It's reasonable for his wife and child, but not for him. It's not reasonable for his wife or child, but apparently they don't have the means to also escape. He had the means. He took that chance. Also, they weren't persecuted in the past, so they don't have a switch burden like that. In other words, the reason why it's different is because he has essentially, having been persecuted in the past, has a switch burden such that any relocation has to be reasonable. That is correct, Your Honor. And as far as just one last point I just really want to make about the willingness and ability of the Pakistani government, I have one name, Osama bin Laden, living 10 years in a house, not underground, not in a forest, unharmed. I'm trying to find where he said that the families are not safe. Where did he say that? Please look to 238 through 239, and also 253. 253 is where he says, it's pitched 17 in my brief, that once the Taliban targets you, you really can't relocate safely. All right. I understand that. But where did he say this thing about the families? 238, 239. He says that they frequently moved out of fear of discovery by the Taliban. And he's not even sure of their location at the time of the hearing. Okay. Thank you. Nothing further. Thank you very much. The case of Islam v. Holder is submitted. And we will go to the last case of the day, United States v. Groves and Men. Thank you.
judges: Lynn, Berzon, Rawlinson